**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo Jr., | Case No.: 8:20-cv-00119-DOC-KES |
| Plaintiff, | **ORDER** |
| v. | |
| Thrifty Payless Inc; and Does 1-10, | |
| Defendants. | |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court retains jurisdiction for sixty (60) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

**IT IS SO ORDERED.**

Dated: June 19, 2020

_____
HONORABLE DAVID O. CARTER
United States District Judge